Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

---

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

---

Name of Offender: **Serine Talafulu Taifane**

Case Number: **2:22CR00172**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **November 29, 2022**

Original Offense: **Theft of Government Money**

Original Sentence: **60 Months' probation**

Date Supervision Commenced: **November 29, 2022**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

---

## SUMMARY

On November 29, 2022, Serine Taifane was sentenced to a term of five (5) years' probation for committing the offense of Theft of Government Money, a Class C Felony. On November 29, 2022, Taifane commenced her supervised release term in the District of Nevada.

On January 5, 2026, Your Honor granted Ms. Taifane permission to travel to New Zealand. Ms. Taifane recently learned of the passing of her adoptive mother on January 2, 2026. Ms. Taifane is asking to cancel her family reunion trip to New Zealand to instead travel to American Samoa for the funeral services of her mother. Ms. Taifane is requesting travel to American Samoa February 2, 2026, returning on February 14, 2026, and will be staying at her family home in Maliu Mai, located in in Fogagogo, American Samoa, 96799.

Ms. Taifane will provide travel itinerary upon approval of travel. Ms. Taifane predicts travel will cost approximately $500, due to flying on a buddy pass and paying the taxes. Ms. Taifane made a $100 payment towards her restitution on January 9, 2026. Ms. Taifane returned her financial packet on January 5, 2026. Ms. Taifane did express to the undersigned the reason she has had sporadic payments was due to family emergencies.

RE: Serine Talafulu Taifane

Form 12 - Travel
D/NV Form
Rev. June 2014

Our office respectfully defers to the Court to approve or deny Taifane's request to travel outside of the country. Should the Court have any questions, the Probation Office will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by Victoria Willard
Date: 2026.01.14 10:49:21 -08'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by Amberleigh Barajas
Date: 2026.01.14 10:43:50 -08'00'

Amberleigh Barajas
Supervisory United States Probation Officer

## THE COURT ORDERS

☒ Requested Travel is Approved

☐ Requested Travel is Denied

☐ Other

Signature of Judicial Officer

1/14/2026
Date